ACCEPTED
15-25-00218-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 10:36 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00218-CV**

In the Court of Appeals for the Fifteenth District, Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 10:36:16 AM
CHRISTOPHER A. PRINE
Clerk

IDEA PUBLIC SCHOOLS,
*Appellant,*

v.

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE
STATE OF TEXAS,
*Appellee.*

On Appeal from the 200th District Court of Travis County, Texas
The Honorable Daniela DeSeta Lyttle, Presiding

### APPELLEE'S NOTICE OF SUBSTITUTION OF LEAD COUNSEL

Pursuant to Tex. R. App. P. 6.5(d), Appellee Ken Paxton, in his official capacity as Attorney General for the State of Texas, files this Notice of Substitution of Lead Counsel. Mr. Paxton's attorney-in-charge has, until today, been Lauren McGee. This case has now been internally transferred to Assistant Attorney General Karen L. Watkins.

Therefore, Assistant Attorney General Karen L. Watkins is now substituting for Ms. McGee as Mr. Paxton's lead counsel. Ms. Watkins will now be responsible for this suit and shall be the attorney to receive all communications from the Court and other parties at the address indicated on the following page.

A copy of this Notice has also been provided to Ms. Tamara Smith, Chief of the Open Records Division of the Office of the Attorney General in accordance with Tex. R. App. P. 6.5(b).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/Karen L. Watkins*
KAREN L. WATKINS
State Bar No. 20927425
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4208
Karen.Watkins@oag.texas.gov

***ATTORNEY FOR APPELLEE***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Lead Counsel has been served on January 6, 2026, on the following counsel of record by e-service and/or e-mail:

CHRISTOPHER H. SCHULZ
State Bar No. 24060576
ALLEN KELLER
State Bar No. 24070039
JOSEPH E. HOFFER
State Bar No. 24049462
Schulman, Lopez, Hoffer & Adelstein, LLP
845 Proton Road
San Antonio, Texas 78258
Tel.: (210) 538-5385
cschulz@slh-law.com
akeller@slh-law.com
jhoffer@slh-law.com

ATTORNEYS FOR APPELLANT
IDEA PUBLIC SCHOOLS

/s/ *Karen L. Watkins*
KAREN L. WATKINS
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Karen Watkins
Bar No. 20927425
jeff.lutz@oag.texas.gov
Envelope ID: 109694832
Filing Code Description: Other Document
Filing Description: 2026 0106 Ntc of Sub Lead Counsel KW
Status as of 1/6/2026 10:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allen M.Keller | | akeller@slh-law.com | 1/6/2026 10:36:16 AM | SENT |
| Christopher H.Schulz | | cschulz@slh-law.com | 1/6/2026 10:36:16 AM | SENT |
| Joseph E.Hoffer | | jhoffer@slh-law.com | 1/6/2026 10:36:16 AM | SENT |
| Taylor Norman | | tnorman@slh-law.com | 1/6/2026 10:36:16 AM | SENT |
| Lauren McGee | 24128835 | Lauren.mcgee@oag.texas.gov | 1/6/2026 10:36:16 AM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 1/6/2026 10:36:16 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 1/6/2026 10:36:16 AM | SENT |